UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. v. Brandon Clarence Skinner**　　　　　　　　　　　　　**Docket No. 2:10-CR-25-2BO**

### Petition for Action on Supervised Release

COMES NOW Lakesha H. Wright, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Brandon Clarence Skinner, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute More Than 50 Grams of Cocaine Base (Crack), in violation of 21 U.S.C. §§ 841(a)(1) and 846, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on October 25, 2011, to the custody of the Bureau of Prisons for a term of 70 months. It was further ordered that upon release from imprisonment, the defendant be placed on supervised release for a period of 5 years.

Brandon Clarence Skinner was released from custody on May 12, 2015, at which time the term of supervised release commenced.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On April 20, 2017, a urine specimen collected from Skinner on April 14, 2017, was determined by the national laboratory to be positive for oxycodone/oxymorphone. On May 26, 2017, when confronted with the result, the defendant admitted he used Percocet he obtained from a friend two days prior to April 14, 2017. Skinner also stated that he used the medication because he was experiencing a toothache. In response to the violation, it is respectfully recommended that the defendant be ordered to obtain a substance abuse assessment and comply with recommended treatment, and that he participate in the DROPS program. Skinner signed a Waiver of Hearing agreeing to the proposed modifications of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days. The defendant shall begin at the First Use level.

Except as herein modified, the judgment shall remain in full force and effect.

Brandon Clarence Skinner
Docket No. 2:10-CR-25-2BO
Petition For Action
Page 2

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Dwayne K. Benfield<br>Dwayne K. Benfield<br>Supervising U.S. Probation Officer | /s/ Lakesha H. Wright<br>Lakesha H. Wright<br>U.S. Probation Officer<br>306 East Main Street, Room 306<br>Elizabeth City, NC 27909-7909<br>Phone: 252-335-5508<br>Executed On: May 31, 2017 |

## ORDER OF THE COURT

Considered and ordered this 31 day of May, 2017, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge